IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 378**

| | |
|---|---|
| LYNETTE PRICE, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| AXLE ALLIANCE COMPANY and ) | |
| ALLEN THOMPSON, both jointly ) | |
| and severally, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, January 4, 2007 at 10:30 a.m.**

IT IS SO ORDERED.

Signed: December 19, 2006

Graham C. Mullen
United States District Judge